IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-34325 |
| | § | |
| LAND TEJAS SPRING TRAILS, LTD. | § | |
| | § | |

## MOTION TO CONVERT CASE TO CHAPTER 11 CASE

**COMES NOW LAND TEJAS SPRING TRAILS, LTD.** and files this its Motion to Convert its case to a Chapter 11 Case and in support thereof would show the following:

1. This motion is brought pursuant to 11 U.S.C. § 706(a), Rule 2002 of the Federal Rules of Bankruptcy Procedure and Rule 9013 of the Federal Rules of Bankruptcy Procedure.

2. This case was commenced by the filing of an involuntary Chapter 7 petition by three creditors against Land Tejas Spring Trails, Ltd. on May 18, 2011.

3. Contemporaneous with the filing of this motion to convert, Land Tejas Spring Trails, Ltd. has filed its answer to the involuntary petition and has consented to the entry of an Order for Relief.

4. Land Tejas Spring Trails, Ltd. has not previously filed a motion to convert nor has its case been converted.

5. Land Tejas Spring Trails, Ltd. can reorganize its debt, file a Chapter 11 Plan and can repay its indebtedness in full if allowed this opportunity.

6. Land Tejas Spring Trails, Ltd. requests that its case be converted from a Chapter 7 case to a Chapter 11 case.

WHEREFORE, Land Tejas Spring Trails, Ltd. respectfully requests that its case be converted from a Chapter 7 case to a Chapter 11 case upon the entry of an Order for Relief for such other relief as to which if may show itself to be entitled.

Respectfully submitted,

/s/ Nelson T. Hensley
**NELSON T. HENSLEY**
**TBA 09491300**
24 Greenway Plaza
Suite 1305
Houston, Texas 77046
713.850.9700
713.850.8538 (FAX)
**nthensley@nthensley.com**

OF COUNSEL:
Hensley & Krueger, L.L.P
24 Greenway Plaza, Suite 1305
Houston, Texas 77046

## CERTIFICATE OF SERVICE

I certify that on June 14, 2011, a true and correct copy of Land Tejas Spring Trails, Ltd. Motion to Convert was served on the counsel for the petitioning creditors, David Paz and the U.S. Trustee:

/s/ *Nelson T. Hensley*
Nelson T. Hensley

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-34325 |
| | § | |
| LAND TEJAS SPRING TRAILS, LTD. | § | |

### ORDER CONVERTING CASE

Land Tejas Spring Trails, Ltd.'s, Motion to Convert its case from Chapter 7 to Chapter 11 is granted.

Dated: _____,2011                BY THE COURT

                                                                    _____
                                                                    United States Bankruptcy Judge