IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAND TEJAS SPRING TRAILS LTD | § | CASE NO. 11-34325-KKB |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**AGREED ORDER
GRANTING FORESTAR (USA) REAL ESTATE GROUP, INC.'S
APPLICATION AND SUPPLEMENT UNDER RULE 2016**
[Regarding Docket Nos. 170 and 210]

On this day came on for consideration Forestar (USA) Real Estate Group, Inc.'s ("Forestar") Application Under Rule 2016 and its Supplement to its Application Under Rule 2016. The court, having reviewed such application and supplement, the agreement of the parties expressed herein, and any responses thereto, is of the opinion that said application and supplement have merit and should be granted as set forth herein. It is therefore

ORDERED that Forestar's Application Under Rule 2016 [Docket No. 170], as Supplemented [Docket No. 210], should be, and hereby is, GRANTED as set out in this Order. It is further

ORDERED that Forestar's post-petition attorneys' fees and expenses in the total amount of $600,000.00 are hereby included as additional sums allowed in its Allowed Secured Claim and treated as set forth in Article 5.1.2 of the Debtor and Chapter 11 Trustee's Second Amended Joint Plan of Reorganization as Supplemented and Confirmed pursuant to the Confirmation Order [Docket No. 180], as Modified [Docket No. 187]. Article 5.1.2 provides that the Reorganized Debtor shall pay $500,000 to Forestar on the 21st day following confirmation (which payment has been made), with the additional $100,000 approved herein added to the New Forestar Loan Documents. It is further

ORDERED that any amounts in excess of $600,000 contained in the Application [Docket No. 170] and Supplement [Docket No. 210] shall not be allowed as a claim against the Debtor and shall not be included in the New Forestar Loan Documents.

SIGNED this _____ day of _____, 2012.

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
512-472-5456
512-479-1101 (fax)


By: /s/ *Stephen W. Lemmon*
    Stephen W. Lemmon
    Bar No. 12194500
    Kell C. Mercer
    Bar No. 24007668

*Counsel for Forestar (USA) Real Estate Group, Inc.*


TOW AND KOENIG PLLC
26219 Oak Ridge Drive
The Woodlands, Texas 77380
281-681-9100
832-482-3979 (fax)


By: /s/ *Julie M. Koenig*
    Julie Mitchell Koenig
    Bar No. 14217300

*Counsel for Rodney D. Tow, Chapter 11 Trustee*
*For Land Tejas Spring Trails, Ltd., as Debtor*

2

4695387.1
55890.15

HENSLEY & KRUEGER LLP
24 Greenway Plaza, Suite 1305
Houston, Texas 77046
713-850-9700
713-850-8538 (fax)

By: /s/ *Nelson T. Hensley*
    Nelson T. Hensley
    Bar No. 09491300

*Counsel for Debtor*

DIAMOND MCCARTHY LLP
Two Houston Center
909 Fannin, Suite 1500
Houston, Texas 77010
713-333-5125
713-333-5195 (fax)

By: /s/ *Kyung S. Lee*
    Kyung S. Lee
    Bar No. 12128400

*Counsel for Al P. Brende and Courtney P. Glover*

ADAIR & MYERS PLLC
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
713-522-2270
713-522-3320 (fax)

By: /s/ *Thomas W. Graves*
    Thomas W. Graves
    Bar No. 08312500
    Matthew A. Knox
    Bar No. 24071102

*Counsel for New Jack Investments, LLC and Thomas W. Graves, Sr.*
*Interested Parties*

4695387.1
55890.15